# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SONYA P. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:17-cv-02050-TLP-egb |
| v. ) | |
| ) | JURY DEMAND |
| SHELBY COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER SUSTAINING CLAIM OF PRIVILEGE

Defendant moved for a determination of privilege with respect to certain documents that were inadvertently disclosed by Plaintiff as part of her pretrial disclosures. (ECF No. 97.) Plaintiff's counsel immediately notified counsel for Defendant of this inadvertent disclosure and asserted a claim of privilege pursuant to Federal Rule of Civil Procedure 26(b)(5). Defendant immediately ceased viewing the material and sequestered the documents pending a determination by this Court of Plaintiff's claim of privilege. For the reasons stated in open court, the Court SUSTAINS Plaintiff's claim of privilege. Defendant shall destroy or return the privileged material at the earliest time possible.

**SO ORDERED**, this 16th day of January, 2019.

                                           s/Thomas L. Parker
                                           THOMAS L. PARKER
                                           UNITED STATES DISTRICT JUDGE